WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
   Attorney for Plaintiff

FILED'09 MAY 19 16:04 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**HOLLY McBRIETY,**                                      CV # 08-431-BR

   Plaintiff,

vs.                                                      ORDER

**COMMISSIONER of Social Security,**

   Defendant.

---

Attorney fees in the amount of $6,150.00 are hereby awarded to Plaintiff's counsel, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

DATED this 19th day of May, 2009.

_____
United States District Judge

Submitted on May 18, 2009 by:

/s/ Tim Wilborn, OSB # 944644
(503) 632-1120
   Attorney for Plaintiff

ORDER - Page 1